No. 76–6945.  MARTINEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6947.  HODGES *v.* ALEXANDER, SECRETARY OF THE ARMY.  C. A. 5th Cir.  Certiorari denied.

No. 76–6948.  WIGGINS *v.* AARON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 76–6949.  RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–6953.  COLLINS *v.* MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 76–6954.  SCHAFFER *v.* ROBINSON, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 76–6957.  WILKINS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–6960.  BLACK *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 76–6963.  DAVIS *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 76–6964.  WOODALL *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari  denied.

No. 76–6966.  SILO *v.* KANE, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 76–6967.  SHAW ET AL. *v.* MERRITT-CHAPMAN & SCOTT CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 76–6968.  WILLIAMS *v.* LEEKE, CORRECTIONS DIRECTOR, ET AL.  C. A. 4th Cir.  Certiorari denied.